IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HUGO SIGIFREDO MASCORRO )
)
v. ) No. 3:23-cv-0192
) Campbell/Holmes
EXPERIAN INFORMATION SOLUTIONS, INC. )

**O R D E R**

The parties in this case have filed a joint notice of settlement (Docket No. 15), in which they advise that they have reached a settlement in principle and plan to file an agreed order of dismissal by June 19, 2023. The undersigned anticipates that further action will be taken by Judge Campbell regarding the parties' settlement.

To allow for the parties to finalize settlement in accordance with any instructions by Judge Campbell, the initial case management conference, currently scheduled for June 7, 2023 (Docket No. 4), is CANCELLED.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge