IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HUGO SIGIFREDO MASCORRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC., ) <br> ) <br> Defendant. ) | NO. 3:23-cv-00192 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 15). Accordingly, the case will be administratively closed. On or before June 30, 2023, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice after that date.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE